IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BMG MUSIC, a New York general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; PRIORITY RECORDS LLC, a California limited liability company; INTERSCOPE RECORDS, a California general partnership; and FONOVISA, INC., a California corporation,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>GILBERT CANO,<br><br>　　　　Defendant. | CIVIL ACTION No._____ |

## PLAINTIFFS' CERTIFICATE OF INTERESTED PERSONS

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiffs identify below parent corporations as well as all publicly held corporations that own 10% or more of any Plaintiff's stock.

Plaintiff BMG MUSIC is a general partnership owned by SONY BMG MUSIC ENTERTAINMENT and Ariola Eurodisc LLC, neither of which is publicly traded.

Plaintiff WARNER BROS. RECORDS INC.'s ultimate parent corporation is Warner Music Group Corp., which is publicly traded in the U.S.

Plaintiff PRIORITY RECORDS LLC's parent is EMI Group PLC, which is publicly traded in the U.K.

Plaintiff INTERSCOPE RECORDS is a subsidiary of Vivendi Universal, S.A., a publicly held French company.

Plaintiff FONOVISA, INC. is a corporation owned by Univision Music LLC and Univision Music Group Mexico, S.A. de C.V. Univision Music LLC is owned by Univision Music Inc., a subsidiary of Univision Communications Inc.; and Diara Inc.

DATED: May 30, 2006

Robert S. Goldman (DE Bar No. 2508)
Lisa C. McLaughlin (DE Bar No. 3113)
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom Street
Wilmington, Delaware 19806
(New Castle Co.)
Telephone: 302-655-4200
Telecopier: 302-655-4210

Attorneys for Plaintiffs BMG MUSIC;
WARNER BROS. RECORDS INC.;
PRIORITY RECORDS LLC;
INTERSCOPE RECORDS; and
FONOVISA, INC.