AO 121 (6/90)

| TO: Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION ☐ APPEAL | COURT NAME AND LOCATION<br>UNITED STATES DISTRICT COURT<br>District of Delaware<br>844 N. King Street<br>Wilmington, DE 19801 | |
|---|---|---|
| DOCKET NO. | DATE FILED | |
| PLAINTIFF<br>BMG MUSIC; WARNER BROS. RECORDS INC.; PRIORITY RECORDS LLC; INTERSCOPE RECORDS; and FONOVISA, INC. | | DEFENDANT<br>GILBERT CANO |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | <u>See</u> Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U S G P O 1982-374-279

Copy 1 – Upon initiation of action, mail this copy to Register of Copyrights

# EXHIBIT A

## GILBERT CANO

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| BMG Music | Juan Gabriel | Abrazame Muy Fuerte | Abrazame Muy Fuerte | 187-211 |
| Warner Bros. Records Inc. | Red Hot Chili Peppers | My Friends | One Hot Minute | 243-059 |
| BMG Music | Juan Gabriel | Inocente Pobre Amigo | Por Los Siglos | 303-951 |
| Priority Records LLC | Mack 10 | LBC and ING | The Recipe | 264-565 |
| Interscope Records | Dr. Dre | Bitch Niggaz | 2001 | 277-983 |
| Priority Records LLC | Snoop Dogg | Set It Off | Tha Last Meal | 317-638 |
| Fonovisa, Inc. | Los Temerarios | Es Ella La Causa | Como Te Recuerdo | 250-381 |
| Fonovisa, Inc. | Marco Antonio Solis | Si No Te Hubieras Ido | 20 Aniversario | 232-913 |