IN THE
UNITED STATES DISTRICT COURT, DISTRICT OF DELAWARE

| | |
|---|---|
| BMG MUSIC, A NEW YORK GENERAL PARTNERSHIP; ET AL., <br><br> Plaintiff/Petitioner <br><br> vs. <br> GILBERT CANO <br><br> Defendant/Respondent | Hearing Date: <br><br> CAUSE NO **06-357** <br><br> DECLARATION OF SERVICE OF: <br> NOTICE TO DEFENDANT; SUMMONS; CIVIL COVER SHEET; COMPLAINT FOR COPYRIGHT INFRINGEMENT; EXHIBITS; PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS; REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL RE A COPYRIGHT |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **9th day of June, 2006, at 3:51 PM**, at the address of **28 S MAIN Street, SELBYVILLE, Sussex** County, **DE 19975**; this declarant served the above described documents upon **GILBERT CANO**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Cleo Cano, Mother / Hispanic, Female, age 50's, 5'1", 140 lbs with black hair**, a person of suitable age and discretion who stated the above address to be the residence and usual place of abode of themselves and the subject(s) and/or subjects legal representative listed above.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Declarant hereby states under penalty of perjury under the laws of the State of _Delaware_ that the statement above is true and correct.

DATED this **12th day of June, 2006**.

_____
Jason Glenn, Reg. # None Required, Sussex / DE


ABC's Client Name
**Holme, Roberts & Owen LLP**
**(PFI)**

ORIGINAL PROOF OF SERVICE

ABC Tracking #: 3880015