IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BMG MUSIC, ET AL., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 06-357-*** |
| | ) |
| GILBERT CANO, | ) |
| | ) |
| Defendant. | ) |

### ORDER

At Wilmington, this **6th** day of **February, 2007**, there having been no activity in the above captioned case since June 20, 2006;

IT IS ORDERED that, on or before **February 16, 2007**, plaintiffs shall show cause why the above-captioned action should not be dismissed for failure to prosecute. FAILURE TO TIMELY RESPOND TO THIS ORDER SHALL RESULT IN DISMISSAL OF THE ACTION.

_____
UNITED STATES MAGISTRATE JUDGE