IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BMG MUSIC, a New York general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; PRIORITY RECORDS LLC, a California limited liability company; INTERSCOPE RECORDS, a California general partnership; and FONOVISA, INC., a California corporation,<br><br>        Plaintiffs,<br><br>vs.<br><br>GILBERT CANO,<br><br>        Defendant. | CIVIL ACTION No. 1:06-cv-00357 |

## REQUEST TO ENTER DEFAULT

TO: THE CLERK OF THE ABOVE-ENTITLED COURT

Plaintiffs hereby request that the Clerk enter default in this matter against Defendant on the ground that Defendant has failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure. Declaration of Robert S. Goldman ¶ 5.

Plaintiffs served the Summons and Complaint on Defendant on June 9, 2006, by substitute service, as evidenced by the proof of service on file with this Court. Id. ¶ 2. Neither Plaintiffs nor the Court have granted Defendant any extensions of time to respond to the Complaint. Id. ¶ 4. Plaintiffs are informed and believe that Defendant is not an infant or incompetent person or in the military service. Id. ¶¶ 6-7.

DATED: 2/8/07

*Robert S. Goldman* (signature)
Robert S. Goldman (DE Bar No. 2508)
Lisa C. McLaughlin (DE Bar No. 3113)
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom Street
Wilmington, Delaware 19806
(New Castle County)
Telephone: 302-655-4200
Telecopier: 302-655-4210

Attorneys for Plaintiffs BMG MUSIC;
WARNER BROS. RECORDS INC.;
PRIORITY RECORDS LLC;
INTERSCOPE RECORDS; and
FONOVISA, INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BMG MUSIC, a New York general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; PRIORITY RECORDS LLC, a California limited liability company; INTERSCOPE RECORDS, a California general partnership; and FONOVISA, INC., a California corporation,<br><br>        Plaintiffs,<br><br>vs.<br><br>GILBERT CANO,<br><br>        Defendant. | CIVIL ACTION No. 1:06-cv-00357 |

## **DEFAULT BY CLERK**

It appearing from the records in this action that Summons has been served upon Defendant Gilbert Cano, and it further appearing from the declaration of counsel for Plaintiffs, and other evidence as required by Rule 55(a) of the Federal Rules of Civil Procedure, that Defendant Gilbert Cano has failed to plead or otherwise defend in this action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

Now, therefore, on request of Plaintiffs' counsel, the DEFAULT of Defendant Gilbert Cano hereby is entered.

DATED: _____          By: _____
                                          Deputy Clerk

## CERTIFICATE OF SERVICE

I, Robert Goldman, do hereby certify that on January 8, 2007 the foregoing Plaintiffs' Request to Enter Default has been served upon Defendant herein via Certified Mail and U.S. First Class Mail, addressed as follows:

Gilbert Cano
28 South Main Street
Selbyville, DE 19975

_____
Robert S. Goldman, Esquire (#2508)