IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BMG MUSIC, a New York general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; PRIORITY RECORDS LLC, a California limited liability company; INTERSCOPE RECORDS, a California general partnership; and FONOVISA, INC., a California corporation,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>GILBERT CANO,<br><br>　　　　　　Defendant. | CIVIL ACTION No. 1:06-cv-00357 |

## DECLARATION OF ROBERT S. GOLDMAN IN SUPPORT OF

## PLAINTIFFS' REQUEST TO ENTER DEFAULT

I, Robert S. Goldman, declare:

1.　　I am an attorney at law licensed to practice before the Courts of the State of Delaware and this United States District Court. I am an attorney in the law firm of Phillips, Goldman & Spence, P.A., attorneys for Plaintiffs. Unless otherwise stated, I have personal knowledge of the following facts and, if called and sworn as a witness, could and would competently testify thereto.

2.　　On May 30, 2006, Plaintiffs filed the Complaint in this case against Defendant. Attached hereto as Exhibit A is a true and correct copy of the proof of service on file with the Court, reflecting that Defendant was served with the Summons and Complaint on June 9, 2006, by substitute service.

3.   More than 20 days have elapsed since the date on which service of the Summons and Complaint was effective.

4.   Neither Plaintiffs nor the Court have granted Defendant any extension of time to respond to the Complaint.

5.   Defendant has failed to answer or otherwise respond to the Complaint, or serve a copy of any answer or other response upon Plaintiffs' attorneys of record.

6.   I am informed and believe that Defendant is not an infant or incompetent person.

7.   I am informed and believe that a search for Defendant's name was conducted through the Defense Manpower Data Center, Servicemembers Civil Relief Act database. That search revealed no evidence that Defendant is in the military service.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on __2/8/07__ at __Wilmington, DE__

_____
Robert S. Goldman
Attorney at Law

2

IN THE
UNITED STATES DISTRICT COURT, DISTRICT OF DELAWARE

| | |
|---|---|
| BMG MUSIC, A NEW YORK GENERAL PARTNERSHIP; ET AL., <br><br> Plaintiff/Petitioner <br><br> vs <br> GILBERT CANO <br><br> Defendant/Respondent | Hearing Date: <br><br> CAUSE NO 06-357 <br><br> DECLARATION OF SERVICE OF: <br> NOTICE TO DEFENDANT; SUMMONS; CIVIL COVER SHEET; COMPLAINT FOR COPYRIGHT INFRINGEMENT; EXHIBITS; PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS; REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL RE A COPYRIGHT |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **9th day of June, 2006, at 3:51 PM**, at the address of **28 S MAIN Street , SELBYVILLE, Sussex** County, DE 19975; this declarant served the above described documents upon **GILBERT CANO**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Cleo Cano, Mother / Hispanic, Female, age 50's, 5'1", 140 lbs with black hair**, a person of suitable age and discretion who stated the above address to be the residence and usual place of abode of themselves and the subject(s) and/or subjects legal representative listed above.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Declarant hereby states under penalty of perjury under the laws of the State of _Delaware_ that the statement above is true and correct.

DATED this **12th day of June, 2006**.

_____
Jason Glenn, Reg. # None Required, Sussex / DE

| | | |
|---|---|---|
| ABC's Client Name <br> Holme, Roberts & Owen LLP <br> (PFI) | ORIGINAL PROOF OF SERVICE | ABC Tracking #: 3880015 |