IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BMG MUSIC, a New York general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; PRIORITY RECORDS LLC, a California limited liability company; INTERSCOPE RECORDS, a California general partnership; and FONOVISA, INC., a California corporation,<br><br>        Plaintiffs,<br><br>vs.<br><br>GILBERT CANO,<br><br>        Defendant. | CIVIL ACTION No. 1:06-cv-00357 |

**PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE**

Plaintiffs, BMG Music, *et al.*, respectfully submit this response to the Court's February 6, 2007 Order to Show Cause why the case should not be dismissed. Plaintiffs filed a Request for Entry of Default by Clerk on February 8, 2007. Once the clerk has entered default against Defendant, Plaintiffs will file an Application for Default Judgment. In light of the foregoing, Plaintiffs now respectfully request that this case not be dismissed, and that the clerk enter default against Defendant.

DATED: 2/16/07          By: /s/ Robert S. Goldman

Robert S. Goldman (DE Bar No. 2508)
Lisa C. McLaughlin (DE Bar No. 3113)
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom Street
Wilmington, Delaware 19806
(New Castle County)
Telephone: 302-655-4200
Telecopier: 302-655-4210

          Attorneys for Plaintiffs BMG MUSIC;
          WARNER BROS. RECORDS INC.;
          PRIORITY RECORDS LLC;
          INTERSCOPE RECORDS; and
          FONOVISA, INC.