IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BMG MUSIC, a New York general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; PRIORITY RECORDS LLC, a California limited liability company; INTERSCOPE RECORDS, a California general partnership; and FONOVISA, INC., a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>GILBERT CANO,<br><br>Defendant. | CIVIL ACTION No. 1:06-cv-00357 |

## DEFAULT BY CLERK

It appearing from the records in this action that Summons has been served upon Defendant Gilbert Cano, and it further appearing from the declaration of counsel for Plaintiffs, and other evidence as required by Rule 55(a) of the Federal Rules of Civil Procedure, that Defendant Gilbert Cano has failed to plead or otherwise defend in this action as directed in said Summons and as provided in the Federal Rules of Civil Procedure;

Now, therefore, on request of Plaintiffs' counsel, the DEFAULT of Defendant Gilbert Cano hereby is entered.

DATED: 2/23/07                        By: _____
                                              Deputy Clerk