IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BMG MUSIC, WARNER BROS RECORDS INC., PRIORITY RECORDS LLC, INTERSCOPE RECORDS, and FONOVISA INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>GILBERT CANO,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civ. No. 06-357-SLR<br>)<br>)<br>)<br>)<br>) |

## ORDER

At Wilmington this 22nd day of April, 2008, there having been no activity in the above-captioned case since February 23, 2007;

IT IS ORDERED that, on or before **May 23, 2008**, plaintiff shall show cause why the above-captioned action should not be dismissed for failure to prosecute. FAILURE TO TIMELY RESPOND TO THIS ORDER SHALL RESULT IN DISMISSAL OF THE ACTION.

                                                   /s/ *[signature]*
                                           United States District Judge