IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BMG MUSIC, a New York general
partnership; WARNER BROS.
RECORDS INC., a Delaware corporation;
PRIORITY RECORDS LLC, a California
limited liability company; INTERSCOPE
RECORDS, a California general
partnership; and FONOVISA, INC., a
California corporation,

               Plaintiffs,

vs.

GILBERT CANO,

               Defendant.

CIVIL ACTION No. 1:06-cv-00357

## RESPONSE TO ORDER TO SHOW CAUSE

      Plaintiffs BMG Music, *et al.*, respectfully respond to the Court's April 22, 2008 Order to Show Cause as follows:

      1.      This case arises out of Plaintiffs' evidence of substantial copyright infringement. Plaintiffs are the copyright owners of various sound recordings (the "Copyrighted Recordings") that have been infringed by the Defendant.

      2.      Plaintiffs filed this action on May 30, 2006, alleging that Defendant unlawfully made use of a peer-to-peer computer network ("P2P Network") to download the Copyrighted Recordings, distribute them to the public, and/or make the Copyrighted Recordings available for distribution to others. (*See* Doc. No. 1.) The case was assigned to the Honorable Kent A. Jordan.

3.      Plaintiffs' process server served Defendant by personal service on June 9, 2006. (*See* Doc. No. 5.)

4.      Defendant did not answer or otherwise respond to the Complaint.

5.      Judge Jordan was subsequently elevated to the United States Court of Appeals for the Third Circuit.  As a result, the case was referred to Magistrate Judge Mary Pat Thynge on December 15, 2006, pending assignment to the judge that filled Judge Jordan's vacancy.

6.      Defendant remained unresponsive to the Complaint.

7.      On February 8, 2007, Plaintiffs requested Entry of Default against Defendant. The Clerk entered Default against Defendant on February 23, 2007.

8.      There was no further action until the case was reassigned from the vacant judgeship to the Honorable Sue L. Robinson and the Court issued the April 22, 2008 Order to Show Cause.

9.      Due to an internal administrative error, Plaintiffs' counsel failed to file an Application for Entry of Default Judgment against Defendant after the Clerk's Entry of Default. Plaintiffs' counsel sincerely apologizes to the Court for its oversight and is filing an Application for Entry of Default Judgment against Defendant concurrently herewith.  Plaintiffs acknowledge that they should have filed the Application for Default Judgment diligently after the Clerk entered Default, and Plaintiffs beg the Court's forgiveness in this matter.

10.     Dismissal for failure to prosecute is a harsh sanction that should only be used in extreme situations, such as when there is a clear record of delay or contempt.  *See Grun v. Pneumo Abex Corp.*, 163 F.3d 411, 425 (7th Cir. 1998).  Plaintiffs respectfully submit that they have prosecuted this case in the past, that the delay was caused by an inadvertent error, and that

Plaintiffs are attempting to move the litigation forward by filing an Application for Entry of Default Judgment against Defendant.

WHEREFORE, Plaintiffs respectfully request that the Court vacate its Order to Show Cause dated April 22, 2008, and accept for filing the Application for Entry of Default Judgment filed concurrently herewith.

DATED:  May 30, 2008

By: _____

Robert S. Goldman (DE Bar No. 2508)
Lisa C. McLaughlin (DE Bar No. 3113)
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom Street
Wilmington, Delaware 19806
(New Castle County)
Telephone: 302-655-4200
Telecopier: 302-655-4210

Attorneys for Plaintiffs BMG MUSIC;
WARNER BROS. RECORDS INC.;
PRIORITY RECORDS LLC;
INTERSCOPE RECORDS; and
FONOVISA, INC.