IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BMG MUSIC, WARNER BROS RECORDS INC., PRIORITY RECORDS LLC, INTERSCOPE RECORDS, and FONOVISA INC., <br><br>　　　　Plaintiffs, <br><br>　　　v. <br><br>GILBERT CANO <br><br>　　　　Defendant. | ) ) ) ) ) ) ) ) ) Civ. No. 06-357-SLR ) ) ) ) |

# ORDER

At Wilmington this 10th day of June, 2008, the plaintiffs having filed a motion for default judgment as to Gilbert Cano on May 20, 2008; (D.I. 15)

IT IS ORDERED that a hearing on plaintiff's above pending motion for default judgment shall be held on **Thursday, July 17, 2008**, at 10:30 a.m. in courtroom 6B on the 6th Floor, Boggs Federal Building, 844 King Street, Wilmington, Delaware.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　United States District Judge