IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BMG MUSIC, a New York general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; PRIORITY RECORDS LLC, a California limited liability company; INTERSCOPE RECORDS, a California general partnership; and FONOVISA, INC., a California corporation,

      Plaintiffs,

vs.

GILBERT CANO,

      Defendant.

CIVIL ACTION No. 1:06-cv-00357

[~~PROPOSED~~] *set* DEFAULT JUDGMENT AND PERMANENT INJUNCTION

Based upon Plaintiffs' Application For Default Judgment By The Court, and good cause appearing therefore, it is hereby Ordered and Adjudged that:

1.    Plaintiffs seek the minimum statutory damages of $750 per infringed work, as authorized under the Copyright Act (17 U.S.C. § 504(c)(1)), for each of the eight sound recordings listed in Exhibit A to the Complaint. However, given that the purpose of such a suit as this is ~~Accordingly, having been adjudged to be in default, Defendant~~ shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of ~~Six Thousand~~ Three Thousand SLR ($3,000.00) Dollars ~~($6,000.00)~~.

*instructive and not punitive, Defendant, having been adjudged to be in default,*

2.  Defendant shall further pay Plaintiffs' costs of suit herein in the amount of Four Hundred Twenty Dollars ($420.00).

3.  Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "Abrazame Muy Fuerte," on album "Abrazame Muy Fuerte," by artist "Juan Gabriel" (SR# 187-211);
- "My Friends," on album "One Hot Minute," by artist "Red Hot Chili Peppers" (SR# 243-059);
- "Inocente Pobre Amigo," on album "Por Los Siglos," by artist "Juan Gabriel" (SR# 303-951);
- "LBC and ING," on album "The Recipe," by artist "Mack 10" (SR# 264-565);
- "Bitch Niggaz," on album "2001," by artist "Dr. Dre" (SR# 277-983);
- "Set It Off," on album "Tha Last Meal," by artist "Snoop Dogg" (SR# 317-638);
- "Es Ella La Causa," on album "Como Te Recuerdo," by artist "Los Temerarios" (SR# 250-381);
- "Si No Te Hubieras Ido," on album "20 Aniversario," by artist "Marco Antonio Solis" (SR# 232-913);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of

Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

DATED: 7/17/08                    By: _____
                                         United States District Judge